USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-4-08

Castel, J

DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036
(212) 692-1000

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MICHAEL ARAM, INC.
:
         Plaintiff,
:
    -against-
:
ANTHROPOLOGIE, INC.
:
         Defendant.
:
----------------------------------------X

Civil Action No. 08-CV-4378
(KPC) (PKC)

ECF CASE

STIPULATION AND
PROPOSED ORDER TO
EXTEND TIME FOR
DEFENDANT
ANTHROPOLOGIE, INC.
TO RESPOND TO PLAINTIFF'S
COMPLAINT

PKC

    Plaintiff, Michael Aram, Inc., by and through its counsel of record, and Defendant, Anthropologie, Inc., by and through its undersigned counsel do hereby stipulate to extend the time for Defendant to answer or otherwise respond to Plaintiff's Complaint for a period of sixty (60) days from June 2, 2008 through and including August 1, 2008. No prior requests have been made for any extensions of time in this case. This stipulated extension of time has been agreed upon by all parties. No dates have been set in this case. Thus, the requested extension will not affect any other scheduled dates in this case.

DM2\1260323.1

DATED: New York, New York
June 3, 2008

DUANE MORRIS LLP

By: /s/ Vanessa
Gregory P. Gulia, Esq.
Vanessa C. Hew, Esq.
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Defendant
Anthropologie, Inc.

PELOSI WOLF EFFRON & SPATES LLP

By: _____ (#9066)
John Pelosi, Esq.
The Woolworth Building
233 Broadway, 22nd Floor
New York, New York 10279
(212) 334-3599

Attorneys for Plaintiff
Michael Aram, Inc.

SO ORDERED:

Dated: 6-4-08

_____
Honorable P. Kevin Castel
United States District Judge

DM2\1260323.1                     2