# MEMO ENDORSED

**Duane Morris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

VANESSA C. HEW
DIRECT DIAL: 212.692.1062
E-MAIL: vchew@duanemorris.com

www.duanemorris.com

July 9, 2008

**BY FAX (212) 805-7949**

Hon. P. Kevin Castel
United States District Court for the
Southern District of New York
500 Pearl Street
Courtroom 12C
New York, New York 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/14/08

Re:   **Michael Aram, Inc. v. Anthropologie, Inc. Civ. Action No. 08 CV 4378 (PKC)**

Dear Judge Castel:

We submit this letter on behalf of plaintiff Michael Aram, Inc. and defendant Anthropologie, Inc. ("Anthropologie"). Pursuant to Your Honor's Individual Practice Rules, the parties respectfully request an adjournment of the pre-trial conference scheduled with Your Honor on Friday, July 11, 2008 at 10:45 a.m. and the corresponding deadline to file a joint pre-trial statement.

The requested adjournment is sought on the grounds that Anthropologie has not yet answered or otherwise responded to the complaint filed in this action. On June 3, 2008, the parties filed a stipulation extending Anthropologie's time to answer or otherwise respond to the complaint until August 1, 2008, which was granted by Your Honor on June 4, 2008. In light of the extended deadline, the parties request that the pre-trial conference and all other corresponding deadlines be adjourned for thirty days. This is the first request for an adjournment of the pre-trial conference and the requested adjournment will not affect any other scheduled dates in this matter.

Thank you for your consideration of this request.

*Conference is adjourned to September 5, 2008 at 11:15 a.m. and letter due five days before.*
*Application Granted to that extent,*

Respectfully submitted,

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.  July 11, 2008

Vanessa C. Hew

cc:   John Anthony Pelosi (counsel for plaintiff) (by fax) (212-571-9149)

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036                                    PHONE: 212.692.1000   FAX: 212.692.1020